# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Clark/Kiewit a Joint Venture ) ASBCA No. 61593
)
Under Contract No. C-9568 )

APPEARANCE FOR THE APPELLANT: Michael A. Branca, Esq.
    Peckar & Abramson, P.C.
    Washington, DC

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    Matthew D. Bordelon, Esq.
    Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 16, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61593, Appeal of Clark/Kiewit a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Clark/Kiewit a Joint Venture | ) ASBCA No. 61593 |
| | ) |
| Under Contract No. C-9568 | ) |

APPEARANCE FOR THE APPELLANT:     Michael A. Branca, Esq.
                                  Peckar & Abramson, P.C.
                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  Matthew D. Bordelon, Esq.
                                  Senior Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 16, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61593, Appeal of Clark/Kiewit a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals